UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 AUG 22 P 4: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v - | : |
| EDWIN SANCHEZ | : Criminal Number: 3:06CR272(AHN) |
| RE: JOLLY TIME PACKAGE STORE, 874 BOSTON AVENUE, BRIDGEPORT, CONNECTICUT | : |

## Order

Upon consideration of the parties' Stipulated Motion to Permit Interlocutory Sale of Business, and to Permit Escrow of Sale Proceeds (hereinafter, "Stipulated Motion"), and the attached Lienholder's Approval of Stipulated Motion (hereinafter, "Lienholder's Approval"), the representations therein, and the full record of the case,

IT IS HEREBY ORDERED that the Stipulated Motion is granted; and

IT IS FURTHER ORDERED that the parties to the Stipulated Motion, and to the attached Lienholders' Approval, are permitted to conduct the sale described in those two documents, that is, the sale of business known as Jolly Time Package Store, located at 874 Boston Avenue, Bridgeport, Connecticut (hereinafter referred to as the "Business"); and

IT IS FURTHER ORDERED that the sale of the Business, as well as the maintenance of the Business pending sale, the preparations for the sale, and the subsequent disbursements of the proceeds of the sale, shall comply with all terms and conditions set forth in the Stipulated Motion and the Lienholders' Approval; and

IT IS FURTHER ORDERED that the net proceeds of the sale, as defined in paragraph 3(g) of the Stipulated Motion, shall be conveyed to the United States Marshal, and thereafter held in escrow in the United States Marshals Service Asset Forfeiture Deposit Fund pending further order of the Court; and

IT IS FURTHER ORDERED that all claims by defendant Edwin Sanchez to the net proceeds held in escrow are to be held in abeyance until either (a) defendant Edwin Sanchez commences trial or enters a plea agreement in this case, or (b) there is a dismissal of either the criminal charges against defendant Edwin Sanchez or the forfeiture allegation regarding the Business; and

IT IS FURTHER ORDERED that all claims by anyone other than defendant Edwin Sanchez to the net proceeds held in escrow are to be held in abeyance until either (a) an adjudication of defendant Edwin Sanchez's guilt, or (b) the criminal charges against defendant Edwin Sanchez or the forfeiture allegation regarding the Business are dismissed.

Dated this 17 day of Aug., 2007, at Bridgeport, Connecticut.

HON. ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE